IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CUONG BAO QUAN,

                    Petitioner,

        v.

MARKWAYNE MULLIN, et al.,

                    Respondents.

CIVIL ACTION
NO. 26-2036

## ORDER

**AND NOW**, this 3rd day of June 2026, upon consideration of Petitioner Cuong Bao

Quan's Petition for a Writ of Habeas Corpus (Doc. No. 1), Motion for an Order to Show Cause

(Doc. No. 4), Motion to Expedite (Doc. No. 5), the Respondents' Response in Opposition (Doc.

No. 6) and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as

follows:

1. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

2. The Motion for an Order to Show Cause (Doc. No. 4) is **DENIED AS MOOT**;

3. The Motion to Expedite (Doc. No. 5) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to close the above-captioned case for statistical purposes.

BY THE COURT:
/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.